IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LINCOLN DILLIE, II**                                                    **PETITIONER**

**V.**             **CIVIL ACTION NO. 3:22-CV-477-HTW-LGI**

**WARDEN JAMES WILKINS**                                **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this court pursuant to the June 21, 2024, Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 24].** In her Report and Recommendation, the Magistrate Judge advised this court to deny Respondent Warden James Wilkins' Motion to Dismiss Petitioner's Writ of Habeas Relief [Docket no. 13]. Magistrate Judge Issaac, in support of her recommendation, reasoned that the Respondent's Motion had been rendered moot by the Petitioner's voluntary dismissal of his "unexhausted claims". The Magistrate Judge further advised the parties of their right to file objections to her Report and Recommendation within fourteen (14) days of service thereof. To date, no objections to the Report and Recommendation have been filed.

This court finds that the Report and Recommendation of the United States Magistrate Judge is well-taken; therefore, the Report and Recommendation **[Docket no. 24]** is hereby **ADOPTED** as the order of this court for the reasons presented therein. This court, in lockstep with the Magistrate's recommendation, hereby **DENIES as MOOT** Respondent's Motions to Dismiss **[Docket no. 13]**.

**SO ORDERED AND ADJUDGED this the 22nd day of August, 2023.**

                                         **/s/HENRY T. WINGATE**
                                         **UNITED STATES DISTRICT COURT JUDGE**