**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LINCOLN DILLIE, II**                                                                 **PETITIONER**

**vs.**                                                                 **CIVIL ACTION No.: 3:22-CV-477-HTW-LGI**

**WARDEN JAMES WI LKINS**                                                  **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 43]**. In her Report and Recommendation, filed on August 13, 2025, Magistrate Judge Isaac recommended that the Petitioner's habeas petition be dismissed with prejudice.

Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. On August 26, 2025, Petitioner timely filed his Objection [Docket no. 44], and the Government filed its Rebuttal on September 9, 2025 [Docket no. 46].  This Court has reviewed all these submissions.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 43]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** this the Petition for Writ of Habeas Corpus [Docket no. 1], filed by petitioner Lincoln Dillie, II hereby is **DISMISSED with PREJUDICE**.

**SO ORDERED this the 27th day of April, 2026.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

1